IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Z4 TECHNOLOGIES, INC. | § | |
| | § | |
| v. | § | C.A. NO. 6:06-cv-369 [LED] |
| | § | |
| 1. SYMANTEC CORP., | § | JURY DEMANDED |
| 2. ADOBE SYSTEMS INC., | § | |
| 3. NUANCE COMMUNCIATIONS, INC., | § | |
| 4. QUARK, INC., | § | |
| 5. QUARK DISTRIBUTION, INC., | § | |
| 6. ABBYY USA SOFTWARE HOUSE, INC., | § | |
| 7. MATHSOFT ENG. & EDU., INC. | § | |

**MOTION TO DISMISS DEFENDANT ADOBE SYSTEMS, INC.**

WHEREAS, Plaintiff, z4 Technologies, Inc. and Defendant, Adobe Systems, Inc. ("Adobe") have entered into a Patent License and Settlement Agreement effective as of November 30, 2006.

NOW, THEREFORE, Plaintiff, through their attorney of record, request this Court to dismiss Adobe, with prejudice, with all costs taxed against the party incurring same. Plaintiff's complaint as to all other defendants is not impacted by this motion to dismiss.

Dated: December 6, 2006          Respectfully submitted,

By: */s/ John Ward, Jr.*
T. John Ward, Jr. (State Bar No. 00794818)
**LAW OFFICE OF T. JOHN WARD, JR. PC**
PO Box 1231
Longview, TX 75606-1231
Email: jw@jwfirm.com

Joe Kendall (Texas State Bar No. 11260700)
**PROVOST UMPHREY, LLP**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Email: jkendall@provostumphrey.com

{A07\7633\0002\W0316312.1 }

        Ernie L. Brooks
        MI Bar No. P22875
        LEAD ATTORNEY
        John S. LeRoy
        MI Bar No. P61964
        BROOKS KUSHMAN PC
        1000 Town Center, 22nd Floor
        Southfield, MI 48075
        Tel: 248-358-4400
        Fax: 248-358-3351
        Email: ebroosk@brookskushman.com
                tlewry@brookskushman.com

        **ATTORNEYS FOR PLAINTIFF**
        **Z4 TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 6, 2006. Any other counsel of record will be served by first class U.S. mail.

        */s/ John Ward, Jr.*
        T. John Ward, Jr.