**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **z4 TECHNOLOGIES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION NO. 6:06 CV 369 (LED)** |
| **NUANCE COMMUNICATIONS, INC.,** | ) |
| | ) **JURY** |
| **Defendant.** | ) |

## MOTION TO DISMISS DEFENDANT NUANCE COMMUNICATIONS, INC.

WHEREAS, Plaintiff and Defendant Nuance Communications, Inc. have entered into a Patent License and Settlement Agreement;

NOW, THEREFORE, Plaintiff, through its attorney of record, requests this Court to dismiss Nuance Commmunications, Inc., with prejudice, with all costs taxed against the party incurring same.

By: /s/ John Ward, Jr.
T. John Ward (State Bar No. 00794818)
**LAW OFFICE OF T. JOHN WARD, JR. P.C.**
P.O. Box 1231
Longview, Texas 75606-1231
Email: jw@jwfirm.com

Joe Kendall (Texas State Bar No. 11260700)
**PROVOST UMPHREY, L.L.P.**
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Email: jkendall@provostumphrey.com

Ernie L. Brooks
MI Bar No. P22875
LEAD ATTORNEY
John S. Le Roy
MI Bar No. P61964
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075-1238
Tel:     (248) 358-4400
Fax:     (248) 358-3351
E-mail: ebrooks@brookskushman.com
            tlewry@brookskushman.com

*Attorneys for z4*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 11th day of January, 2007.

/s/ John Ward, Jr
T. John Ward, Jr.